Abraham J. Colman
Tuan Uong
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
FIA Card Services, N.A. and Bank of
America, N.A.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. TERRIQUEZ,<br><br>                Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA, N.A.; and DOES 1-10, inclusive,<br><br>                Defendants. | Case No.:   **'13CV2291 DMS RBB**<br><br>[Removal from California Superior Court for the County of San Diego, Case Number 37-2013-00035395-CU-PO-CTL]<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441 (b) AND (c)**<br><br>**[FEDERAL QUESTION]**<br><br>Complt. Filed: February 20, 2013<br>FAC Filed:  March 5, 2013<br>SAC Filed:  August 26, 2013 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Defendants FIA Card Services, N.A. and Bank of America, N.A. (collectively, "Defendants") hereby remove this action described below from the Superior Court of California, San Diego to the United States District Court for the Southern District of California, pursuant to Sections 1331, 1441(b) and (c), and 1446 of Title 28 of the United States Code ("U.S.C."). The removal is based on the following:

I.   REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. SECTIONS 1331 AND 1441

1.   On or about February 20, 2013, Plaintiff Carlos A. Terriquez ("Plaintiff") filed a Complaint against only Bank of America, N.A. in the Superior Court of California, San Diego, entitled <u>Carlos A. Terriquez v. Bank of America, N.A.</u>, Case No. 37-2013-00035395-CU-PO-CTL (hereinafter, the "State Court Action"). The Complaint and Summons are attached hereto as **Exhibit A.** Before any response was filed, Plaintiff filed a First Amended Complaint ("FAC"). The FAC and Summons are attached hereto as **Exhibit B.** The FAC was also alleged only against Bank of America, N.A. Both the Complaint and the FAC alleged two causes of action, for (1) Violations of the California Consumer Credit Reporting Agencies Act, Cal. Civ. Code § 1785 *et seq.*; and (2) Violations of the California Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788.17 *et seq.* Both the Complaint and FAC contained no federal claims.

2.   On August 26, 2013, Plaintiff filed a Second Amended Complaint ("SAC").[1] The SAC alleges: (1) Violations of the Fair Credit Reporting Act

---

[1] Although Plaintiff names only Bank of America, N.A. in the caption of the SAC, the SAC contains allegations against both Bank of America, N.A. ("BANA") and FIA Card Services, N.A. ("FIA"). The SAC was the first time FIA was referenced. Notably, the allegations in the SAC concern only a Bank of America credit card. FIA is the only entity that issues and services Bank of America credit cards within the

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANTS' NOTICE OF REMOVAL

("FCRA"), 15 U.S.C. Section 1681 *et seq.*; (2) Violations of the Consumer Credit Reporting Agencies Act ("CCRAA"), Cal. Civ. Code § 1785 *et seq.*; (3) Violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 1692 *et seq.*; (4) Violation of the California Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788.17 *et seq.;* and (5) Tort in se.  The SAC is attached hereto as **Exhibit C**, as required by 28 U.S.C. § 1446(a).

3.   This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(b) in that it is a civil action arising under the laws of the United States, specifically the FCRA and the FDCPA.

4.   This Court also has supplemental jurisdiction over Plaintiff's state claims as these claims arise from the same core operative facts relating to Defendants' alleged violation of the FCRA and the FDCPA.  Accordingly, Plaintiff's state law claims are related to Plaintiff's federal question claims, and thereby form part of the same case and controversy pursuant to 28 U.S.C. § 1367(a).

II.   THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

5.   Defendants were served with the SAC via U.S. mail on August 27, 2013.

6.   This Notice of Removal is timely in that it is filed within thirty (30) days from the point at which Defendants had notice that the action was removable, and less than a year after the commencement of the state court action.  See 28 U.S.C. § 1446(b).

7.   The California Superior Court for the County of San Diego is located within the United States District Court for the Southern District of California.  See 28 U.S.C. § 84(c)(2).  Thus, venue is proper in this Court because it is the "district and division embracing the place where such an action is pending."  28 U.S.C. § 1441(a).

United States, and thus, FIA is the only proper defendant that should be named in this action.  FIA is a wholly owned subsidiary of Bank of America Corporation.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANTS' NOTICE OF REMOVAL

8.      All named defendants consent to this removal.

9.      In compliance with 28 U.S.C. § 1446(d), Defendants will serve on Plaintiff and will file with the Clerk of the Superior Court of California, San Diego, a written "Notice to the Clerk of the Superior Court of the County of San Diego and To Adverse Parties of Filing of Notice of Removal of Civil Action to Federal Court," attaching a copy of this Notice of Removal and all supporting papers.


DATED:  September 24, 2013            Reed Smith LLP


By:   /s/ Tuan V. Uong
          Abraham J. Colman (SBN 146933)
          Tuan Uong (SBN 272447)
          Attorneys for Defendants
          FIA Card Services, N.A. and Bank of
          America, N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 4 –