UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CARLOS A. TERRIQUEZ,                    )   Case No. 13cv2291-DMS (BLM)
                                        )
                        Plaintiff,      )   **ORDER VACATING SETTLEMENT**
v.                                      )   **DISPOSITION CONFERENCE**
                                        )
BANK OF AMERICA, N.A., et al.           )
                                        )
                        Defendants.     )
                                        )
_____ )

A joint motion for dismissal has been filed in this case.  ECF No. 15.  The settlement disposition conference scheduled for February 6, 2014 at 9:00 a.m. is hereby vacated.

**IT IS SO ORDERED.**

DATED:  January 27, 2014

BARBARA L. MAJOR
United States Magistrate Judge